

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
**UNITED STATES OF AMERICA,**
:
                          Plaintiff,    :   **MEMORANDUM DECISION AND ORDER**

           - against -         :

                                      :   19-CV-02797 (AMD) (RML)

**CARLA CAMPBELL,**
:
                          Defendant.    :
:
------------------------------------------------------------ X

**ANN M. DONNELLY**, United States District Judge:

     On May 13, 2019, the plaintiff brought this action against the defendant to recover the unpaid balance of the defendant's federal student loans pursuant to 28 U.S.C. § 1345. (ECF No. 1.) On July 15, 2019, the Clerk of Court entered a Certificate of Default and on July 29, 2019, the plaintiff moved for default judgment. (ECF Nos. 9, 10.) I referred the motion to Chief United States Magistrate Judge Roanne L. Mann.

     On January 9, 2020, Chief Magistrate Judge Mann recommended that I grant the plaintiff's motion and enter a default judgment against the defendant in the amount of $21,437.26, which consists of $15,017.33 in unpaid principal and $6,419.93 in interest accrued through July 19, 2019. (ECF No. 14.) Judge Mann further recommended that I award the plaintiff per diem pre-judgment interest at the rate of $1.75 from July 20, 2019, through the date of entry of judgment, and post-judgment interest calculated pursuant to 28 U.S.C. § 1961(a). (*Id.*) No objections have been filed to the report and recommendation, and the time for doing so has passed.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the report and recommendation to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." *Jarvis v. N. Am. Globex Fund L.P.*, 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation omitted).

I have reviewed Judge Mann's thoughtful report and recommendation and find no error. Accordingly, I adopt the report and recommendation in its entirety and grant the plaintiff's motion for a default judgment. I award the plaintiff (a) $21,437.26, consisting of $15,017.33 in unpaid principal and $6,419.93 in interest accrued through July 19, 2019; (b) per diem pre-judgment interest at the rate of $1.75 from July 20, 2019, through the date of entry of judgment; and (c) post-judgment interest calculated pursuant to 28 U.S.C. § 1961(a).

**SO ORDERED.**

                                                          s/Ann M. Donnelly
                                                          _____
                                                          Ann M. Donnelly
                                                          United States District Judge

Dated: Brooklyn, New York
       February 3, 2020